# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MUELLER HINDS & ASSOCIATES, CHTD, A DOMESTIC PROFESSIONAL CORPORATION,<br><br>Appellant,<br>vs.<br>STATE OF NEVADA DIVISION OF HEALTHCARE FINANCING AND POLICY, A GOVERNMENTAL ENTITY; GLEN J. LERNER, A PROFESSIONAL CORPORATION, D/B/A GLEN LERNER INJURY ATTORNEYS, A DOMESTIC PROFESSIONAL CORPORATION,<br>Respondents. | No. 79149<br><br>**FILED**<br><br>FEB 2 0 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY <br>    DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for an emergency stay of proceedings. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On November 7, 2019, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.[1] The order cautioned that failure to demonstrate that this court has jurisdiction could result in the dismissal of this appeal. When appellant failed to file a response or otherwise communicate with this court, this court entered an order directing appellant to file and serve a response to the order to show cause by January 28, 2020, or face dismissal of this

---

[1]A copy of this order is attached.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-06977

appeal.[2]    To date, appellant has not filed a response or otherwise communicated with this court.    Accordingly, this court

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____, J.        _____, J.
Stiglich                                          Silver

cc:    Hon. Susan Johnson, District Judge
       Ara H. Shirinian, Settlement Judge
       Mueller & Associates
       Glen Lerner Injury Attorneys
       Eighth District Court Clerk

---

[2]A copy of this order is attached.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MUELLER HINDS & ASSOCIATES, CHTD, A DOMESTIC PROFESSIONAL CORPORATION,

Appellant,

vs.

STATE OF NEVADA DIVISION OF HEALTHCARE FINANCING AND POLICY, A GOVERNMENTAL ENTITY; GLEN J. LERNER, A PROFESSIONAL CORPORATION, D/B/A GLEN LERNER INJURY ATTORNEYS, A DOMESTIC PROFESSIONAL CORPORATION,

Respondents.

No. 79149

**FILED**

NOV 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER TO SHOW CAUSE

This is an appeal from a district court order denying a motion for an emergency stay of proceedings. Initial review of the docketing statement and documents before this court reveals a potential jurisdictional defect. An order denying a motion for stay is not substantively appealable. *Brunzell Const. v. Harrah's Club*, 81 Nev. 414, 419, 404 P.2d 902, 905 (1965) *superseded by statute as stated in Casino Operations, Inc. v. Graham*, 86 Nev. 764, 765, 476 P.2d 953, 954 (1970). Appellant asserts, without explanation, that the order is appealable under NRAP 3A(b)(1) (allowing an appeal from a final judgment), NRAP 3A(b)(2) (allowing an appeal from an order granting or denying a motion for a new trial), and NRAP 3A(b)(3) (allowing an appeal from an order granting or refusing to grant, or dissolving or refusing to dissolve, an injunction). But appellant concedes that claims remain pending in the district court. Thus, the order does not appear appealable as a final judgment. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And the

SUPREME COURT
OF
NEVADA

(O) 1947A

19-45809

challenged order does not appear to address a motion for a new trial or an injunction.

Accordingly, appellant shall have 30 days from the date of this order to show cause why this appeal should not be dismissed for lack of jurisdiction. Respondents may file any reply within 14 days of service of appellant's response. Failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal.

The deadlines to file documents in this appeal are suspended pending further order of this court.

It is so ORDERED.

_____, C.J.

cc:    Mueller & Associates
       Attorney General/Carson City
       Glen Lerner Injury Attorneys

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MUELLER HINDS & ASSOCIATES, CHTD, A DOMESTIC PROFESSIONAL CORPORATION,

Appellant,

vs.

GLEN J. LERNER, A PROFESSIONAL CORPORATION, D/B/A GLEN LERNER INJURY ATTORNEYS, A DOMESTIC PROFESSIONAL CORPORATION,

Respondent.

No. 79149

**FILED**

JAN 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER

On November 7, 2019, this court entered an order directing appellant to show cause, by December 9, 2019, why this appeal should not be dismissed for lack of jurisdiction. To date, appellant has not filed a response or otherwise communicated with this court.

Appellant shall have 14 days from the date of this order to file and serve a response to the order to show cause. Failure to file a response, or failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal. Respondent may file any reply within 14 days of service of appellant's response.

It is so ORDERED.

_____, C.J.

cc: Mueller & Associates
Glen Lerner Injury Attorneys

20-01793